SECOND DEPARTMENT, NOVEMBER, 1975

(November 24, 1975)*

■   In the Matter of TOMO N et al., Appellants, v JAMES R. DUMPSON, as Commissioner of the Department of Social Services of the City of New York, et al., Respondents.—Order of the Surrogate's Court, Kings County, dated May 15, 1975, affirmed, without costs. Petitioners' allegations were overcome by the documentary proof. No triable issue is posed requiring further proof. Gulotta, P. J., Rabin, Hopkins, Martuscello and Cohalan, JJ., concur.

---

* Not published with other decisions of November 24, 1975, 50 AD2d 603. [Rep.